In the Matter of the Accounting of the UNITED STATES TRUST COMPANY OF NEW YORK, as Trustee under the Will of ENOS S. T. RICHARDSON, Deceased, Appellant, and the Accounting of RICHARD S. EARL, as Executor of EDWARD EARL, Deceased, Appellant.

ENOS RICHARDSON, 4TH, et al., Respondents.

(Argued February 9, 1931; decided February 17, 1931.)

*Frank H. Hiscock, Eli Blair, Francis B. Hamlin* and *Conrad Saxe Keyes* for motion.

No one opposed.

Motion for judgment of reversal as specified in stipulation and consent and not as an adjudication on the merits of the appeal, granted.